# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00367-CV

**Indemnity Insurance Corp. f/k/a Indemnity Insurance Corp. of DC, RRG, Appellant**

**v.**

**Austin Lucky Lounge, LP; Austin Lucky Lounge GP, LLC; William Muntz; and Kenneth George Blank, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GN-11-002076, HONORABLE GUS J. STRAUSS, JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Indemnity Insurance Corp. f/k/a Indemnity Insurance Corp. of DC, RRG (Indemnity) has filed a "Notice of Liquidation," advising the Court that, on April 10, 2014, a Delaware Chancery Court signed a "Liquidation and Injunction Order" that (1) placed Indemnity in liquidation, (2) appointed the Insurance Commissioner of the State of Delaware as Indemnity's receiver, (3) enjoined all legal and equitable proceedings against Indemnity, and (4) enjoined for 180 days all litigation in which Indemnity is contractually obligated to provide a defense, unless approved by the receiver or Delaware court. Accordingly, Indemnity requests that the appeal in this case be stayed indefinitely.

We grant Indemnity's request and abate the appeal until further order of this Court.


Before Chief Justice Jones, Justices Pemberton and Field

Abated

Filed:   July 3, 2014